UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>                 Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                 Defendant. | Case No.: 20-cv-00681-DMS (JLB)<br><br>**ORDER RE: E-MAIL COMMUNICATIONS WITH THE COURT** |

On August 25, 2020, Plaintiff Brent Kideckel ("Plaintiff") sent two <u>unauthorized</u> e-mails to the Court's e-file address. The first e-mail, sent at 12:43 p.m., addressed Plaintiff's failure to appear at the motion hearing scheduled for August 25, 2020. The second e-mail, sent at 1:52 p.m., attached Plaintiff's Notice of Address Change. The parties are reminded that "**e-mails to Chambers are not permitted except as authorized by court order or by the Court's local or chambers rules**." *See* J. Burkhardt Civ. Chambers R. § I(A). As such, the Court will disregard any further unauthorized communications.

**IT IS SO ORDERED.**

Dated: August 26, 2020

                                              */s/ Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge