1
2
3
4
5
6
7
8
9

10          UNITED STATES DISTRICT COURT

11          SOUTHERN DISTRICT OF CALIFORNIA

12

13   BRENT KIDECKEL,                         Case No.:  20-cv-00681-DMS (JLB)

14                              Plaintiff,   **ORDER RE: E-MAIL**
                                             **COMMUNICATIONS WITH THE**
15   v.                                      **COURT**

16   WELLS FARGO BANK, N.A.,

17                              Defendant.

18

19

20          On November 6, 2020, Plaintiff Brent Kideckel ("Plaintiff") sent another

21   unauthorized e-mail to the Court's e-file address, attaching a motion to dismiss.  (*See* ECF

22   Nos. 23, 26.)   In two prior orders, the Court reminded the parties that "**e-mails to**

23   **Chambers are not permitted except as authorized by court order or by the Court's**

24   **local or chambers rules**."  (*See id.* (citing J. Burkhardt Civ. Chambers R. § I(A).)  In its

25   recent November 3, 2020 Order, the Court further notified Plaintiff that any further

26   violations of its Order or the Court's chambers rules will result in an order to show cause

27   why sanctions should not issue.  (ECF No. 26.)

28   ///

1

Given that the most recent unauthorized e-mail was sent shortly after the Court's November 3, 2020 Order, the Court will assume Plaintiff was not in receipt of the Order before sending his e-mail.  Therefore, the Court will not issue an order to show cause as to Plaintiff's November 6, 2020 e-mail.  Rather, it will simply disregard the e-mail.  However, to the extent that Plaintiff intended to file the attached motion to dismiss, he is reminded that e-mailing a motion to the assigned judge does not constitute "filing" of a motion. Plaintiff must file any motion through the Clerk's Office in compliance with the Federal Rules of Civil Procedure and the Local Civil Rules of Practice for the United States District Court for the Southern District of California.

**IT IS SO ORDERED.**

Dated:  November 10, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge