UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>                          Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                          Defendant. | Case No.: 20-cv-00681-DMS (JLB)<br><br>**ORDER RE SHOW CAUSE HEARING AND IMPOSING SANCTIONS**<br><br>**[ECF Nos. 30, 32]** |

On June 11, 2020, the Court set a Mandatory Settlement Conference ("MSC") in this matter for December 8, 2020. (ECF No. 12.) On August 11, 2020, due to a conflict with the Court's criminal calendar, the Court reset the MSC for a Zoom video conference on December 1, 2020, at 1:45 PM. (ECF No. 18.) After Plaintiff Brent Kideckel ("Plaintiff") failed to lodge his Court-ordered confidential settlement statement by the Court-ordered deadline of November 19, 2020 (*id.* at 4), the Court issued a Minute Order on November 24, 2020, requiring that the confidential settlement statement be submitted by November 30, 2020 and reminding Plaintiff of the upcoming MSC (ECF No. 28). The Court did not receive the statement by November 30, 2020. However, that same day, the Court sent Plaintiff the Zoom link for the MSC via e-mail to the e-mail address previously used by Plaintiff in this litigation. Plaintiff did not appear at the MSC. The Court called

1

1  Plaintiff after the scheduled start time but was unable to reach him.  The Court also waited
2  for Plaintiff on the Zoom video conference for thirty-five (35) minutes before terminating
3  the conference.

4        In the Scheduling Order, the Court advised Plaintiff that failure to attend the MSC
5  or obtain proper excuse would be considered grounds for sanctions.  (ECF No. 12 at 5.)
6  Moreover, Civil Rule 83.1 of the Civil Local Rules of Practice for the United States District
7  Court for the Southern District of California provides that the failure of any party to comply
8  with "any order of the court may be grounds for imposition by the court of any and all
9  sanctions authorized by statute or rule or within the inherent power of the court, including,
10 without limitation, dismissal of any actions, entry of default, finding of contempt,
11 imposition of monetary sanctions or attorneys' fees and costs, and other lesser sanctions."
12 CivLR 83.1(a).

13       Accordingly, on December 2, 2020, the Court issued an Order to Show Cause for
14 why sanctions should not issue against Plaintiff for his failure to comply with the Court's
15 August 11, 2020 and November 24, 2020 orders (ECF Nos. 18, 28).  (ECF No. 30.)  In its
16 Order to Show Cause, the Court ordered Plaintiff to file a declaration addressing why he
17 did not comply with the Court's orders, and set a telephonic show cause hearing for
18 December 16, 2020, at 2:00 PM.  (*Id.* at 2.)

19       In violation of this Order, Plaintiff did not file a declaration addressing his failure to
20 comply with the Court's orders.  Moreover, on December 16, 2020, Plaintiff failed to
21 appear at the telephonic show cause hearing set for 2:00 PM.  (ECF No. 32.)  The Court
22 waited until 2:41 PM for Plaintiff to make an appearance.  (*See id.*)  Accordingly, the record
23 is devoid of any justification for Plaintiff's failure to comply with the Court's
24 August 11, 2020 and November 24, 2020 orders requiring him to submit a confidential
25 settlement statement and appear at the MSC.

26       Given the foregoing and taking into account Plaintiff's *pro se* status, the Court finds
27 that the imposition of a $75 monetary sanction on Plaintiff for failure to appear at the MSC
28 is both reasonable and just.  See CivLR 83.1; *see also Ewing v. GoNow Travel Club*, No.

19-cv-297-BAS-AGS, 2019 WL 4688760, at *1 (S.D. Cal., Sept. 26, 2019) (*pro se* litigants are subject to sanctions so long as the court takes into account the party's *pro se* status in determining whether the party's actions were reasonable).  Plaintiff shall pay the monetary sanction of $75 to the Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified, fund of the United States Treasury.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff Brent Kideckel shall pay a sanction of $75 for his failure to appear at the Mandatory Settlement Conference scheduled in this action on December 1, 2020.  Plaintiff shall pay the sanction **on or before January 15, 2021** to the Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified, fund of the United States Treasury.  The check must be made payable to the Clerk of the Court, and the memo line must include this case number.  Payment may be made in person at the Cashier's window located in the Clerk's Office, Suite 420, 333 West Broadway, San Diego, CA 92101-8900, or by mail to the following address:

    U.S. District Court
    Southern District of California
    Financial Department
    333 West Broadway, Suite 420
    San Diego, California 92101

2. Plaintiff Brent Kideckel shall file a Notice of Payment of Sanction to the Court on or before **January 29, 2021**.

3. Failure to comply with this Order shall constitute grounds for additional sanctions.

Dated: December 18, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge