Brent Kideckel
960 Postal Way #2003
Vista, CA 92069
Brentkideckel@gmail.com
Plaintiff, in propria personia

FILED
Dec 31 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ MelissaE  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BRENT KIDECKEL

        Plaintiff,

vs.

WELLS FARGO BANK N.A.,

        Defendant

Case No.: 20-cv-00681-dmb

MOTION TO DISMISS WITH PREJUDICE AND ORDER PARTIES TO COVER OWN COSTS

      Plaintiff moves this court to dismiss this cause of action and order all parties to cover their own costs.

      Plaintiff continues to believe strongly in his cause of action and the merits to support an eventual judgement, however given the ongoing pandemic, and the monetary relief available, Plaintiff wishes to mitigate the costs and time required to facilitate this action for all parties, including this court.

      During our previous appearance in this court, Plaintiff was advised if he wished to continue or dismiss without prejudice, stipulation from the Defendant would be required.

      Defendant denied this request and rather only agreed to a stipulation to dismiss with prejudice if Plaintiff, an underbanked individual were to relinquish his accounts; something Plaintiff is unwilling to do.

      Plaintiff therefore asks that this court dismiss this action with prejudice.

      Plaintiff would also ask that this court take notice that no meaningful discovery or similar expenses were accrued and Plaintiff brings forth this motion before any further costs are incurred, with the only meaningful Motion being that of a procedural nature, irrelevant to the merits or action at hand.

      Respectfully submitted,

MOTION TO DISMISS WITH PREJUDICE AND ORDER PARTIES TO COVER OWN COSTS - 1

Dated this 6th day of November, 2020.

_____
BRENT KIDECKEL

MOTION TO DISMISS WITH PREJUDICE AND ORDER PARTIES TO COVER OWN COSTS - 2