Brent Kideckel
Plaintiff, in proper person
(917)634-0637
BrentKideckel@gmail.com

**FILED**
Mar 01 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ MelissaE   DEPUTY

2021 FEB 26  AM 9: 04

NUNC PRO TUNC
Feb 26 2021

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>           Plaintiff,<br><br>vs.<br><br>WELLS FARGO<br><br>           Defendants. | Case No.: '20-cv-00681-DMS-JLB<br><br>**MOTION TO DISMISS WITH PREJUDICE** |

In light of the Court denying Plaintiff's Motion to Continue Proceedings, Plaintiff's inability to comply with upcoming court hearings due to a plethora of medical appointments and procedures, as a result of major health complications including diminished physical capacity and mental faculty, while maintaining belief in the merits of this case, Plaintiff is no longer able to prosecute this claim and asks that the court dismiss this claim with prejudice

DATED: This 25th day of February, 2021

Brent R. Kideckel

MOTION TO DISMISS WITH PREJUDICE - 1

Kidekel v. Wells

2021 FEB 26 AM 9:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

20-cv-00681-DMS-JLB

Motion to Dismiss